IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNGENTA SEEDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 04-228 (SLR) |
| | ) |
| MONSANTO COMPANY; DEKALB GENETICS CORP.; DOW AGROSCIENCES, LLC; and MYCOGEN PLANT SCIENCE, INC. and AGRIGENETICS, INC., d.b.a. MYCOGEN SEEDS, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

1. WHEREBY, in light of the Court's March 18, 2005 Order denying defendants' Motion to Dismiss, the defendants' Answers are due on April 1, 2005.

2. WHEREBY, on March 18, 2005, the Court also ordered plaintiff Syngenta Seeds, Inc. to show cause on or before April 1, 2005 as to why this action should not be stayed pending any appeal in the collateral action captioned Syngenta Seeds, Inc. v. Monsanto Co., Civil Action No. 02-1331 (SLR).

3. THE PARTIES HEREBY STIPULATE that the time by which the defendants need answer the complaint in this action be extended to the later of (i) May 1, 2005 or (ii) if the Court stays this action pending appeal of Syngenta Seeds, Inc. v. Monsanto Co., Civil Action No. 02-1331 SLR, 30 days after the resolution of that appeal.

2

| | |
|---|---|
| PRICKETT, JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
| By: /s/ David E. Brand<br>    Paul M. Lukoff (#96)<br>    David E. Brand (#201)<br>    1310 King Street<br>    P.O. Box 1328<br>    Wilmington, DE 19899<br>    (302) 888-6520<br>    pmlukoff@prickett.com<br>    dbrand@prickett.com | By: /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19899-0951<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for All Defendants* |

SO ORDERED, this _____ day of _____, 2005.

_____
United States District Judge

676278 / 25887-001