# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION
## 1310 KING STREET, BOX 1328
## WILMINGTON, DELAWARE 19899
### TEL: (302) 888-6500
### FAX: (302) 658-8111
http://www.prickett.com

DOVER OFFICE
11 NORTH STATE STREET
DOVER, DE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

PENNSYLVANIA OFFICE
217 WEST STATE STREET
KENNETT SQUARE, PA 19348
TEL: (610) 444-1573
FAX: (610) 444-9273

Writer's Direct Dial: (302) 888-6514
Writer's Telecopy Number: (302) 658-8111
Writer's E-Mail Address: DEBrand@prickett.com

March 31, 2005

**VIA EFILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
Chief Judge – U.S. District Court
844 North King Street
Wilmington, DE 19801

> **RE:** ***Syngenta Seeds Inc. v. Monsanto Company, et al.,***
> ***Case # 1:04-cv-00228-SLR***

Dear Chief Judge Robinson:

In response to the Court's Order dated March 18, 2005 (D.I. 21), I write to inform the Court that Plaintiff Syngenta Seeds, Inc. does not oppose the staying of this action pending the appeal of the 02-1331 litigation.

Respectfully submitted,

DAVID E. BRAND (#201)

DEB:ls

cc:   Richard L. Horwitz, Esquire (via eservice)

18330.4\269763v1