IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNGENTA SEEDS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-228-SLR |
| | ) | |
| MONSANTO COMPANY; DEKALB GENETICS CORP.; DOW AGROSCIENCES, LLC; and MYCOGEN PLANT SCIENCE, INC. and AGRIGENETICS, INC. collectively d/b/a MYCOGEN SEEDS, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| SYNGENTA SEEDS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-269-SLR |
| | ) | |
| MONSANTO COMPANY; DEKALB GENETICS CORP.; DOW AGROSCIENCES, LLC; and MYCOGEN PLANT SCIENCE, INC. and AGRIGENETICS, INC. collectively d/b/a MYCOGEN SEEDS, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

O R D E R

At Wilmington this 18th day of April, 2005, having reviewed the letters submitted by counsel for plaintiff in response to the court's orders to show cause issued on March 18, 2005 in the above-captioned cases;

IT IS ORDERED that said cases shall be stayed pending

the outcome of the appeal in Civ. No. 02-1331-SLR, a related case.

                                             /s/ Sue L. Robinson
                                      United States District Judge